■ In the Matter of DIANE GORDON, Petitioner, v ROBERT C. McGANN et al., Respondents. [854 NYS2d 660]—Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit the respondents from proceeding with the prosecution of the petitioner under Kings County indictment No. 912/06.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The petitioner has failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Florio, Angiolillo and Chambers, JJ., concur.